**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6850**

JOHN SCOTT HUDSON,

        Plaintiff - Appellant,

    v.

OFFICER BASINA; OFFICER KEEL; NC DEPARTMENT OF PUBLIC SAFETY; SGT. FIELDS; UNIT MANAGER SPIVEY,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Richard E. Myers, II, Chief District Judge. (5:20-ct-03368-M)

Submitted: September 9, 2021               Decided: September 14, 2021

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Scott Hudson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Scott Hudson appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014). We have reviewed the record and find no abuse of discretion in the district court's dismissal of Hudson's Eighth Amendment claim as frivolous. *See Nagy v. FMC Butner*, 376 F.3d 252, 254, 256-57 (4th Cir. 2004) (stating standard of review and defining frivolous claim). Accordingly, we affirm for the reasons stated by the district court. *Hudson v. Basina*, No. 5:20-ct-03368-M (E.D.N.C. May 14, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*